

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2016

No. 04-15-00721-CR

Jimmy James **BRITE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1419
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Appellant was represented by appointed counsel in this appeal. On November 2, 2016, we issued our opinion and judgment affirming the trial court's judgment. Appellant, *pro se*, has filed a motion for a free copy of the appellate record. "[N]othing in the United States Constitution, the Texas Constitution, or any statute or rule requires the convicting county to provide a free copy of the trial record to an appellant for purposes of filing a *pro se* petition of discretionary review." *Ex parte Trainer*, 181 S.W.3d 358, 359 (Tex. Crim. App. 2005). Accordingly, we **deny** the motion.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2016.



Keith E. Hottle
Clerk of Court